CO-386-online
10/03

# United States District Court
# For the District of Columbia

Mark G. Anderson Consultants, Inc.   )
)
)
)
vs         Plaintiff   )   Civ.
)
Brookshire Enterprises, LLC          )
)
)
Defendant  )

Case: 1:08-cv-00054
Assigned To : Robertson, James
Assign. Date : 1/11/2008
Description: Contract

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Mark G. Anderson Consultants, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Mark G. Anderson Consultants, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

D.C. Bar No. 472961
BAR IDENTIFICATION NO.

Alexander N. Lamme
Print Name

8405 Greensboro Drive, Suite 100
Address

McLean        VA         22102
City          State      Zip Code

703 749-1000
Phone Number