IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK G. ANDERSON CONSULTANTS INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:08-cv-00054-JR |
| BROOKSHIRE ENTERPRISES LLC, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF DISMISSAL

Plaintiff Mark G. Anderson Consultants, Inc., by its undersigned counsel, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses this matter with prejudice. Defendant Brookshire Enterprises LLC has not filed an answer or motion for summary judgment.

DATED:     February 20, 2008

                                        Respectfully submitted,


                                        /s/ Mark A. Sgarlata
                                        Mark A. Sgarlata (D.C. Bar No. 418557)
                                        WATT, TIEDER, HOFFAR
                                         & FITZGERALD, L.L.P.
                                        8405 Greensboro Drive, Suite 100
                                        McLean, Virginia  22102
                                        Telephone:    (703) 749-1000
                                        Facsimile:    (703) 893-8039

                                        *Counsel for Plaintiff*
                                        *Mark G. Anderson Consultants, Inc.*

## NOTICE OF FILING

I hereby certify that on this 20th day of February 2008, a copy of the foregoing Notice of Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. In addition, a copy of the Notice of Dismissal was mailed via First Class Mail to the following:

> Thomas R. Bagby (D.C. Bar No. 236299)
> WOODS ROGERS, PLC
> Wachovia Tower, Suite 1400
> 10 South Jefferson Street
> P.O. Box 14125
> Roanoke, Virginia 24038
>
> *Counsel for Defendant*
> *Brookshire Enterprises LLC*

/s/ Mark A. Sgarlata